Augustus H. EVANS, Jr., Petitioner
Below-Appellant,

v.

STATE of Delaware, Respondent
Below-Appellee.

No. 429, 2016

Supreme Court of Delaware.

Submitted: September 12, 2016

Decided: October 31, 2016

Rehearing En Banc Denied
November 14, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. S16M-07-019, Cr. ID 0609011528A

DENIED.

Tanikka MILLER, Petitioner
Below-Appellant,

v.

STATE of Delaware, Respondent
Below-Appellee.

No. 347, 2016

Supreme Court of Delaware.

Submitted: September 6, 2016

Decided: November 1, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1408007717A

AFFIRMED.

In the MATTER OF the PETITION
OF Dominique TISINGER for
a Writ of Mandamus

No. 455, 2016

Supreme Court of Delaware.

Submitted: September 12, 2016

Decided: November 1, 2016

DISMISSED.

Richard HUNT, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 672, 2015

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1007026321

AFFIRMED.